FLANDERS *v.* CARTER.

PER CURIAM. "Creditors without lien may not, as a general rule, enjoin their debtors from disposing of property, nor obtain injunction or other extraordinary relief in equity." Code, § 55-106. Under this principle, the court erred in granting an injunction.

*Judgment reversed. All the Justices concur, except Russell, C. J., who dissents.*

No. 11264. NOVEMBER 13, 1936.

*Burch & Daley,* for plaintiff in error. *S. P. New,* contra.